UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

WILLIAM JOSEPH MURPHY,

    Plaintiff,

v.                                     Case No: 5:21-cv-48-GKS-PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon Defendant's, the Commissioner of Social Security's, Unopposed Motion for Entry of Judgment with Remand (Doc. 25) (Motion). Defendant's Motion asserts that

> [t]he Commissioner believes that remand would be appropriate for further administrative proceedings. Specifically, the Administrative Law Judge (ALJ) should: (1) obtain additional testimony from a vocational expert; (2) resolve any inconsistencies between the vocational evidence and the Dictionary of Occupational Titles, pursuant to Social Security Ruling 00-4p; (3) take any other action necessary to complete the administrative record; and (4) issue a new decision.

(Doc. 25:1). The Court referred the Motion to the United States Magistrate Judge for a report and recommendation (Report and Recommendation).

On December 2, 2021, the United States Magistrate Judge issued a Report and Recommendation (Doc. 26), recommending that Defendant's Motion be granted, the Commissioner's decision be reversed and remanded, and judgment be entered in favor of Plaintiff William Joseph Murphy.

After review and consideration of the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 26) is **APPROVED and ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 25) is **GRANTED**.

3. The Commissioner's final decision is **REVERSED,** and the action is **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) for the reason stated by the Commissioner.

4. The Clerk of Court is **DIRECTED** to enter Judgment in favor of Plaintiff William Joseph Murphy and against Defendant Commissioner and **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, this ___7___ day of December, 2021.

                                                  G. KENDALL SHARP
                                      SENIOR UNITED STATES DISTRICT JUDG

Copies to:
Counsel of Record

Unrepresented Parties